Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES KALAMA-RAS, Appellant, v MICHAEL SPOSATO, Respondent.

Submitted April 25, 2016; decided June 14, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES KALAMA-RAS, Appellant, v MICHAEL SPOSATO, Respondent.

Submitted April 25, 2016; decided June 14, 2016

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK MONTE, Appellant, v WARDEN et al., Respondents.

Submitted April 18, 2016; decided June 14, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief etc. dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERIC SMITH, Appellant, v SUSAN KICKBUSH, Respondent.

Submitted May 9, 2016; decided June 14, 2016